T. James Truman, Esq.
Nevada Bar No. 003620
T. JAMES TRUMAN & ASSOCIATES
3654 North Rancho Drive, Suite 101
Las Vegas, NV 89130
Telephone: (702) 256-0156
Fax: (702) 396-3035
E-mail: district@trumanlegal.com

J. Edward Hollington, Esq.
J. EDWARD HOLLINGTON & ASSOCIATES
708 Marquette Ave. NW
Albuquerque, NM 87102
Telephone: 505-843-7027
Fax: 505-843-7027
Email: edward708@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MED FLIGHT AIR AMBULANCE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MGM RESORTS INTERNATIONAL AND UMR, INC., <br><br>Defendants. | Case No. 2:18-cv-00779-JCM-PAL <br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO MGM RESORTS INTERNATIONAL'S RESPONSE TO PLAINTIFF'S MOTION AND SUPPORTING MEMORANDUM FOR RECONSIDERATION OF DISMISSAL OF DEFENDANT MGM, OR ALTERNATIVELY, MOTION TO ADD MGM (AGAIN) AS A PARTY <br><br>(FIRST REQUEST) |

Plaintiff Med Flight Air Ambulance, Inc., ("Plaintiff") and Defendants MGM Resorts International and UMR, Inc., by and through their undersigned counsel, stipulate and agree as follows:

1. On June 12, 2018, Plaintiff filed its Motion and Supporting Memorandum for Reconsideration of Dismissal of Defendant MGM, or Alternatively, Motion to Add MGM (Again) as a Party (Document 89). The time for Plaintiff to respond to Defendant MGM Resorts

International's Response to Plaintiff Med Flight's Motion and Supporting Memorandum for Reconsideration of Dismissal of Defendant MGM, or Alternatively, Motion to Add MGM (Again) as a Party, shall be extended from July 3, 2018, to July 10, 2018.

2. Plaintiffs have good cause for the extension because Plaintiff's counsel is currently unavailable due to a scheduled surgery for his wife.

Accordingly, Plaintiff and Defendants respectfully request that the Court grant this request to continue the deadline for Plaintiff to file its Reply to MGM Resorts International's Response to Plaintiff Med Flight's Motion and Supporting Memorandum for Reconsideration of Dismissal of Defendant MGM, or Alternatively, Motion to Add MGM (Again) as a Party from July 3, 2018 to July 10, 2018.

DATED: June 28, 2018.
T. JAMES TRUMAN & ASSOCIATES

By: _____
T. JAMES TRUMAN, ESQ
Bar No. 003620
3654 North Rancho Drive, Suite 101
Las Vegas, Nevada 89130
Telephone: 702-256-0156
tjamestruman@trumanlegal.com

and

J. Edward Hollington, Esq.
J. EDWARD HOLLINGTON & ASSOC.
708 Marquette Avenue N.W.
Albuquerque, NM 87102-2035
Edward708@aol.com

*Attorneys For Plaintiff*

June 28, 2018
LEWIS, ROCA, ROTHGERBER
CHRISTIE LLP

By: /s/ Joel D. Henriod
JOEL D. HENRIOD, ESQ.
Nevada Bar No. 08492
3993 Howard Hughes Parkway #600
Las Vegas, NV 89169
jhenriod@lrrc.com

and

DATED: June 28, 2018.
BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: /s/ Bryce C. Loveland
BRYCE C. LOVELAND, ESQ.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
bcloveland@bhfs.com
**Attorneys For Defendant MGM Resorts International**

John C. West, Esq.
LEWIS, ROCA, ROTHGERBER,
CHRISTIE, LLP
Arizona Bar No. 007233
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
jwest@lrrc.com

*Attorneys For Defendant UMR, INC.*

## ORDER

IT IS SO ORDERED July 10, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE