Joel Henriod (SBN 8492)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Direct Dial: 702.474.2681
Email: jhenriod@lrrc.com

John C. West (*Pro Hac Vice*)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004
Direct Dial: 602.262.5781
Email: jwest@lrrc.com

*Attorneys for Defendant UMR, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MED FLIGHT AIR AMBULANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MGM RESORTS INTERNATIONAL and UMR, INC., <br><br> Defendants. | No. 2:18-cv-00779-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT UMR, INC.'S DEADLINE TO FILE ITS RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **(First Request)** |

Plaintiff Med Flight Air Ambulance, Inc. ("Plaintiff") and Defendant UMR, Inc. ("UMR") hereby stipulate and agree that UMR may have an extension through and including March 11, 2019 to file its response to Plaintiff's Second Amended Complaint that was filed on January 8, 2019 [Doc. 113].

. . .

. . .

. . .

107103861_1

DATED this 18th day of January, 2019.

| J. EDWARD HOLLINGTON & ASSOCIATES, P.A. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: */s/J. Edward Hollington*<br>  J. Edward Hollington<br>  708 Marquette Avenue N.W.<br>  Albuquerque, NM  87102 | By: */s/John C. West*<br>  John C. West<br>  201 E. Washington Street, Suite 1200<br>  Phoenix, AZ  85004 |
| T. James Truman (SBN 003620)<br>T. JAMES TRUMAN & ASSOCIATES<br>3654 North Rancho Drive, Suite 101<br>Las Vegas, NV  89130 | Joel Henriod (SBN 8492)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV  89169-5996 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant UMR, Inc.* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 23, 2019

107103861_1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a notice of Electronic Filing to the following CM/ECF registrants:

J. Edward Hollington – edward708@aol.com

T. James Truman – district@trumanlegal.com

Eric R. Burris – eburris@bhfs.com

Bryce C. Loveland – bcloveland@bhfs.com

By: */s/Ashly White*