T. James Truman, Esq.
Nevada Bar No. 003620
T. JAMES TRUMAN & ASSOCIATES
3654 North Rancho Drive, Suite 101
Las Vegas, NV 89130
Telephone: (702) 256-0156
Fax: (702) 396-3035
E-mail: district@trumanlegal.com

J. Edward Hollington
Pro Hac Vice
J. EDWARD HOLLINGTON & ASSOCIATES, P.A.
708 Marquette Avenue NW
Albuquerque, NM 87102-2035
Telephone: (505) 843-9171
Fax: (505) 843-7027
Email: Edward708@aol.com

David M. Houliston
Pro Hac Vice
LAW OFFICES OF DAVID M. HOULISTON
7500 Jefferson St. NE, Suite 106
Albuquerque, NM 87109
Telephone: (505) 247-1223
Fax: (505) 214-5204
Email: david@houlistonlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MED FLIGHT AIR AMBULANCE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>MGM RESORTS INTERNATIONAL AND UMR, INC., <br><br>Defendants. <br>_____/ | Case No. 2:18-cv-00779-JCM-PAL <br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY REGARDING MGM RESORTS INTERNATIONAL'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br>**(First Request)** |

Pursuant to Local Rule 7-1 and 7-2, the parties hereby stipulate and agree that Plaintiff Med Flight Air Ambulance, Inc. ("Med Flight") may have through and including April 4, 2019 to file its response to the Defendant MGM Resorts International's ("MGM") Motion to Dismiss Second Amended Complaint (Doc. 121). It is further stipulated and agreed that MGM may have through and

LAW OFFICES OF
T. JAMES TRUMAN & ASSOCIATES
3654 NORTH RANCHO DRIVE
LAS VEGAS, NEVADA 89130
www.trumanlegal.com

1  including April 22, 2019 to file its reply to Med Flight's response to MGM's Motion to Dismiss

2  Second Amended Complaint.

3      Dated this 19th day of March, 2019.

4      Respectfully submitted,

| T. JAMES TRUMAN & ASSOCIATES | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ T. James Truman, Esq.*<br>T. JAMES TRUMAN, ESQ<br>Bar No. 003620<br>3654 North Rancho Drive, Suite 101<br>Las Vegas, Nevada 89130 | By: */s/ Bryce C. Loveland (permission received via email 3/19/19)*<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 |
| J. Edward Hollington<br>Pro Hac Vice<br>J. EDWARD HOLLINGTON & ASSOCIATES, P.A.<br>708 Marquette Avenue NW<br>Albuquerque, NM 87102-2035 | Eric Burris<br>Pro Hac Vice<br>201 Third Street NW, Suite 1700<br>Albuquerque, NM 87102 |
| David M. Houliston<br>Pro Hac Vice<br>LAW OFFICES OF DAVID M. HOULISTON<br>7500 Jefferson St. NE, Suite 106<br>Albuquerque, NM 87109 | Attorneys for Defendant MGM Resorts International<br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| Attorneys for Plaintiff | By: */s/ John C. West (permission received via email 3/19/19)*<br>John C. West<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004<br><br>Joel D. Henriod<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Defendant UMR, Inc. |

**ORDER**

IT IS SO ORDERED.

Dated: March 21, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE