1   T. James Truman, Esq.
    Nevada Bar No. 003620
2   T. JAMES TRUMAN & ASSOCIATES
    3654 North Rancho Drive, Suite 101
3   Las Vegas, NV 89130
    Telephone: (702) 256-0156
4   Fax: (702) 396-3035
    E-mail: district@trumanlegal.com
5
    J. Edward Hollington
6   Pro Hac Vice
    J. EDWARD HOLLINGTON & ASSOCIATES, P.A.
7   708 Marquette Avenue NW
    Albuquerque, NM 87102-2035
8   Telephone: (505) 843-9171
    Fax: (505) 843-7027
9   Email: Edward708@aol.com

10  David M. Houliston
    Pro Hac Vice
11  LAW OFFICES OF DAVID M. HOULISTON
    7500 Jefferson St. NE, Suite 106
12  Albuquerque, NM 87109
    Telephone: (505) 247-1223
13  Fax: (505) 214-5204
    Email: david@houlistonlaw.com

14
    *Attorneys for Plaintiff*

15

16                  **UNITED STATES DISTRICT COURT**

17                       **DISTRICT OF NEVADA**

18

19  MED FLIGHT AIR AMBULANCE, INC.,          Case No.  2:18-cv-00779-JCM-PAL

20                      Plaintiff,
    vs.                                       **STIPULATION AND [PROPOSED]**
                                              **ORDER TO STAY DEADLINE TO**
21  MGM RESORTS INTERNATIONAL AND             **SUBMIT DISCOVERY PLAN AND**
    UMR, INC.,                                **SCHEDULING ORDER**
22
                        Defendants.                **(First Request)**
23  _____/

24          Pursuant to Local Rule 7-1 and 26-1, the parties hereby submit the following Stipulation and

25  Order to Stay Deadline to Submit Discovery Plan and Scheduling Order until thirty (30) days after

26  the Court has issued a ruling on MGM Resorts International's Motion to Dismiss Second Amended

27  Complaint.

28  / / /

Dated this 19th day of March, 2019.

Respectfully submitted,

T. JAMES TRUMAN & ASSOCIATES

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

By: */s/ T. James Truman, Esq.*
    T. JAMES TRUMAN, ESQ
    Bar No. 003620
    3654 North Rancho Drive, Suite 101
    Las Vegas, Nevada 89130

J. Edward Hollington
Pro Hac Vice
J. EDWARD HOLLINGTON &
ASSOCIATES, P.A.
708 Marquette Avenue NW
Albuquerque, NM 87102-2035

David M. Houliston
Pro Hac Vice
LAW OFFICES OF DAVID M.
HOULISTON
7500 Jefferson St. NE, Suite 106
Albuquerque, NM 87109

Attorneys for Plaintiff

By: */s/ Bryce C. Loveland (permission
received via email 3/19/19)*
    Bryce C. Loveland, Esq.
    Nevada Bar No. 10132
    100 North City Parkway, Suite 1600
    Las Vegas, Nevada 89106

Eric Burris
Pro Hac Vice
201 Third Street NW, Suite 1700
Albuquerque, NM 87102

Attorneys for Defendant MGM Resorts
International

LEWIS ROCA ROTHGERBER CHRISTIE
LLP

By: */s/ John C. West (permission received
via email 3/19/19)*
    John C. West
    201 East Washington Street, Suite 1200
    Phoenix, AZ 85004

Joel D. Henriod
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169

Attorneys for Defendant UMR, Inc.

## ORDER

**IT IS SO ORDERED**.

    **IT IS FURTHER ORDERED** that the parties shall have 30 days from decision of the pending motion to dismiss which raises a statute of limitations bar in which to conduct a Rule 26(f) conference to submit a proposed discovery plan and scheduling order in the event any claim survives.

Dated: March 22, 2019.

UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
T. JAMES TRUMAN & ASSOCIATES
3654 NORTH RANCHO DRIVE
LAS VEGAS, NEVADA 89130
www.trumanxlegal.com