
T. James Truman, Esq.
Nevada Bar No. 003620
T. JAMES TRUMAN & ASSOCIATES
3654 North Rancho Drive, Suite 101
Las Vegas, NV 89130
Telephone: (702) 256-0156
Fax: (702) 396-3035
E-mail: district@trumanlegal.com

J. Edward Hollington
Pro Hac Vice
J. EDWARD HOLLINGTON & ASSOCIATES, P.A.
708 Marquette Avenue NW
Albuquerque, NM 87102-2035
Telephone: (505) 843-9171
Fax: (505) 843-7027
Email: Edward708@aol.com

David M. Houliston
Pro Hac Vice
LAW OFFICES OF DAVID M. HOULISTON
7500 Jefferson St. NE, Suite 106
Albuquerque, NM 87109
Telephone: (505) 247-1223
Fax: (505) 214-5204
Email: david@houlistonlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MED FLIGHT AIR AMBULANCE, INC., | Case No. 2:18-cv-00779-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE AND REPLY REGARDING MGM RESORTS INTERNATIONAL'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| MGM RESORTS INTERNATIONAL AND UMR, INC., | |
| Defendants. | **(First Request)** |

Pursuant to Local Rule 7-1 and 7-2, the parties hereby stipulate and agree that Plaintiff Med Flight Air Ambulance, Inc. ("Med Flight") may have through and including November 8, 2019 to file its response to the Defendant MGM Resorts International's ("MGM") Motion for Attorneys' Fees and Costs (Doc. 134). It is further stipulated and agreed that MGM may have through and including December 2, 2019 to file its reply to Med Flight's response to MGM's for Motion

Attorneys' Fees and Costs .

Dated this ___ day of October, 2019.

Respectfully submitted,

| T. JAMES TRUMAN & ASSOCIATES | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ T. James Truman*<br>T. JAMES TRUMAN, ESQ<br>Bar No. 003620<br>3654 North Rancho Drive, Suite 101<br>Las Vegas, Nevada 89130<br><br>J. Edward Hollington<br>Pro Hac Vice<br>J. EDWARD HOLLINGTON & ASSOCIATES, P.A.<br>708 Marquette Avenue NW<br>Albuquerque, NM 87102-2035<br><br>David M. Houliston<br>Pro Hac Vice<br>LAW OFFICES OF DAVID M. HOULISTON<br>7500 Jefferson St. NE, Suite 106<br>Albuquerque, NM 87109<br><br>Attorneys for Plaintiff | By: */s/ Eric Burris (permission received via email 10/23/19)*<br>Bryce C. Loveland, Esq.<br>Nevada Bar No. 10132<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br><br>Eric Burris<br>Pro Hac Vice<br>201 Third Street NW, Suite 1700<br>Albuquerque, NM 87102<br><br>Attorneys for Defendant MGM Resorts International<br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br><br>By: */s/ John C. West (permission received via telephone 10/23/19)*<br>John C. West<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004<br><br>Joel D. Henriod<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br><br>Attorneys for Defendant UMR, Inc. |

## **ORDER**

IT IS SO ORDERED.

Dated: October 25, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

2