# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MED FLIGHT AIR AMBULANCE, INC., | Case No. 2:18-CV-779 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| MGM RESORTS INTERNATIONAL AND UMR, INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Med Flight Air Ambulance, Inc. v. MGM Resorts International et al.*, case number 2:18-cv-00779-JCM-BNW. On November 7, 2019, the parties filed a notice of settlement. (ECF No. 145).

The parties represented that they would file a stipulation for dismissal with prejudice after they executed the settlement documents. *Id.* Nearly seven months later, the parties have not filed dismissal paperwork. The court instructs the parties to file a stipulation to dismiss this action or a status report within 14 days of this order.

Despite the parties' settlement, defendant MGM Resorts International's motion for attorney fees remains pending. (ECF No. 134). In light of the parties' settlement, the court denies the motion as moot. The court denies the motion without prejudice; MGM may refile such motion if the parties' settlement does not materialize.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that MGM's motion for attorney fees (ECF No. 134) be, and the same hereby is, DENIED as moot without prejudice.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the parties shall file, within 14 days of this order, a stipulation to dismiss this action or a status report regarding their settlement.

DATED June 5, 2020.

_____
UNITED STATES DISTRICT JUDGE