Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: bcloveland@bhfs.com

Eric R. Burris, Esq.
New Mexico Bar No. 5598
BROWNSTEIN HYATT FARBER SCHRECK, LLP
201 Third Street NW, Suite 180
Albuquerque, New Mexico 87102
Telephone: (502) 244-0770
Facsimile: (505) 244-9266
Email: eburris@bhfs.com
*Pro Hac Vice*

*Attorneys for Defendant MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MED FLIGHT AIR AMBULANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MGM RESORTS INTERNATIONAL AND UMR, INC., <br><br> Defendants. | CASE NO.: 2:18-cv-00779-JCM-BNW <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Med Flight Air Ambulance, Inc. and Defendants MGM Resorts International ("MGM") and UMR, Inc. ("UMR"), through their respective counsel of record, that the above matter be dismissed with prejudice in its entirety with each party to bear its own costs and attorneys' fees.

///

///

1

1 | DATED this 12th day of June, 2020. | DATED this 12th day of June, 2020.

T JAMES TRUMAN & ASSOCIATES

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ T. James Truman

T. James Truman, Esq.
Nevada Bar No. 3620
3654 N. Rancho Drive
Las Vegas, NV 89130

/s/ Bryce C. Loveland

Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

J Edward Hollington, Esq.
*Pro Hac Vice*
J. Edward Hollington & Associates
708 Marquette Ave. NW
Albuquerque, NM 87102

Eric R. Burris, Esq.
New Mexico Bar No. 5598
201 Third Street NW, Suite 180
Albuquerque, New Mexico 87102

*Attorneys for Plaintiff*

*Attorneys for Defendant, MGM Resorts International*

DATED this 12th day of June, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ John C. West

Joel D. Henriod, Esq.
Nevada Bar No. 08492
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

John C. West, Esq.
*Pro Hac Vice*
Arizona Bar No. 0072333
Lewis Roca Rothgerber Christie LLP
201 E Washington Street, Suite 1200
Phoenix, AZ 85004

*Attorneys for Defendant, UMR, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT JUDGE

**Dated:** June 17, 2020

2